IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01743-MSK-MEH

JOHN J. EICHHORN and
MICHELLE A. EICHHORN,

      Plaintiffs,

v.

CHRYSLER LLC, a Delaware limited liability company, formerly known as
  DAIMLERCHRYSLER COMPANY LLC, and
DAIMLERCHRYSLER CORPORATION, a Delaware corporation,

      Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

      IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond

the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve

exhibits and depositions in conformance with this Order may result in their destruction.

      Dated this 4th day of September, 2007.

                   **BY THE COURT:**

                   *Marcia S. Krieger*

                   Marcia S. Krieger
                   United States District Judge