IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01743-MSK-MEH

JOHN J. EICHHORN and
MICHELLE A. EICHHORN,

        Plaintiffs,

v.

CHRYSLER LLC, a Delaware limited liability company, formerly known as
  DAIMLERCHRYSLER COMPANY LLC, and
DAIMLERCHRYSLER CORPORATION, a Delaware corporation,

        Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Plaintiffs' Amended Complaint **(#4)**, filed in response to the Court's Order to Show Cause **(#3)** dated September 5, 2007. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 14th day of September, 2007

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge